UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JP MORGAN CHASE BANK, N.A., as
purchaser of the loans and other assets of
WASHINGTON MUTUAL BANK, formerly
known as WASHINGTON MUTUAL BANK,
FA from the FEDERAL DEPOSIT
INSURANCE CORPORATION, acting as
receiver for Washington Mutual Bank, FA and
pursuant to its authority under the Federal
Deposit Insurance Act, 12 U.S.C.§ 1821(d),

                 Plaintiff,

    -against-

LAW OFFICE OF ROBERT JAY GUMENICK, P.C.
and ROBERT JAY GUMENICK, SUCCESSFUL
TITLE AGENCY, LLC, CHICAGO TITLE
INSURANCE COMPANY, JOSEPH KOHEN,
JEROME SHAPIRO, FIDELITY NATIONAL
TITLE INSURANCE COMPANY, and ASSOCIATED
LAWYERS TITLE SERVICES, INC.

                 Defendants,
------------------------------------------------------------------X
LAW OFFICE OF ROBERT JAY GUMENICK, P.C.
and ROBERT JAY GUMENICK,

                 Third Party Plaintiffs,

    -against-

CHICAGO TITLE INSURANCE COMPANY,
SUCCESSFUL TITLE AGENCY, LLC,
JEROME SHAPIRO, and JOSEPH KOHEN,

                 Third Party Defendants.
------------------------------------------------------------------X
CHICAGO TITLE INSURANCE COMPANY,

                 Fourth Party Plaintiff,

    -against-

EMPIRE EQUITY GROUP, INC. d/b/a
1ST METROPOLITAN MORTGAGE,

                 Fourth Party Defendant.
------------------------------------------------------------------X

Civil Action

Case No.: 08-cv-02154 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-10

**DEFAULT
JUDGMENT**

On October 18, 2010, the court considered the application by the defendants/third-party plaintiffs, Law Office of Robert Jay Gumenick, P.C. and Robert Jay Gumenick (collectively "Gumenick"), for entry of a default judgment against the third-party defendant, Successful Title Agency LLC, under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, the court finds as follows:

1. A default was entered against Successful Title Agency LLC on September 30, 2010.

2. Successful Title Agency LLC is not a minor, an incompetent person, or a current member of the military service.

3. Successful Title Agency LLC did not appear in this action.

4. Gumenick has established that Successful Title Agency LLC is liable to Gumenick for damages that shall be determined at trial.

THEREFORE, IT IS ORDERED that:

1. Default judgment as to liability be entered against Successful Title Agency LLC.

2. All relief not expressly granted is denied.

Dated: 13 December 2010

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE